No. 604. RONEY v. HELVERING, COMMISSIONER OF INTERNAL REVENUE; and.

No. 605. SCHAPIRO v. SAME. January 8, 1934. Petition for writs of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Wilton H. Wallace, E. F. Colladay,* and *Joseph C. McGarraghy* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *J. P. Jackson* for respondent.

No. 612. HIGHWAY ENGINEERING & CONSTRUCTION CO., INC. v. HILLSBOROUGH COUNTY, FLORIDA. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. George C. Bedell* and *A. G. Turner* for petitioner. *Mr. John B. Sutton* for respondent.

No. 607. DARCY ET AL., EXECUTORS, v. COMMISSIONER OF INTERNAL REVENUE. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. Raymond M. White* and *Allen G. Gartner* for petitioners. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Andrew D. Sharpe* for respondent.

No. 615. VIGORITO v. UNITED STATES. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Emanuel Celler* for petitioner. *Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for the United States.

No. 620. PFAFFINGER v. UNITED STATES. January 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. A.*